■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE TOOGOOD, Appellant. [796 NYS2d 918]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered September 10, 2002, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 16 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen,* 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). Defendant's mandatory sentence was based on his prior convictions (*see Almendarez-Torres v United States,* 523 US 224 [1998]). Concur—Mazzarelli, J.P., Friedman, Nardelli and Williams, JJ.